# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL TORRES-TORRES,<br>    aka "Daniel Torres,"<br>    aka "Esteban Acevestorres,"<br>    aka "Esteban Aceves-Torres,"<br>    aka "Jose Luis Gonzalez-Perez,"<br>    aka "Jose Luis Gonzalez,"<br>    aka "Jose Luis Perez,"<br><br>                    Defendant. | Case No. 2:22-cr-00193-ART-EJY<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Daniel Torres-Torres,* is unsealed.

**DATED** this 26th day of October, 2022.

By the Court:

_____
Honorable Anne R. Traum
United States District Judge